In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of JOHN HITCHINS, Deceased.

JOHN HITCHINS GARDNER, as Administrator, et al., Respondents; THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant.

*Matter of Hitchins,* 101 App. Div. 612, affirmed.
(Argued April 11, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1905, affirming an order of the Rensselaer County Surrogate's Court determining that the estate of John Hitchins, deceased, is not taxable under the Transfer Tax Act.

*George B. Wellington* and *Jarvis P. O'Brien* for appellant.

*H. Judd Ward, Everly M. Davis, E. W. Douglas* and *James Farrell* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.